### 13275.   SHEALEY *v.* THE STATE.

BROYLES, C. J.   The evidence authorized the verdict, and none of the grounds of the amendment to the motion for a new trial shows harmful error.        *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 11, 1922.

Indictment for possession of liquor; from Sumter superior court — Judge Littlejohn.   January 11, 1922.

*Wallis & Fort*, for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

### 13276.   TILLMAN *v.* THE STATE.

LUKE, J.   The defendant was indicted for murder, and convicted of voluntary manslaughter.   The evidence amply authorized the conviction, and the only special ground of the motion for a new trial, which complains of the admission of evidence, is without merit.   It was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, O. J., and Bloodworth, J., concur.*

DECIDED APRIL 11, 1922.

Conviction of manslaughter; from Candler superior court — Judge Hardeman.   December 22, 1921.

*C. W. Turner*, for plaintiff in error.

*Walter F. Gray, solicitor-general,* contra.